# IN THE SUPREME COURT OF THE STATE OF NEVADA

FREDERICK OMOYUMA SILVER,
                Appellant,
       vs.
CANDICE KATIE TOWNER,
                Respondent.

No. 82555

**FILED**

MAR 04 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal. Eighth Judicial District Court, Family Court Division, Clark County; T. Arthur Ritchie, Jr., Judge.

Appellant fails to cite any identifiable order in the notice of appeal. *See* NRAP 3(c)(1)(B). Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. T. Arthur Ritchie, Jr., District Judge, Family Court Division
       Frederick Omoyuma Silver
       Candice Katie Towner
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA


(O) 1947A

21-06378